IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ONEILL CONTRACTORS, INC., | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 24-6845 |
| INDEPENDENCE FIRE SPRINKLER COMPANY, LLC, | : |
| *Defendant.* | : |

### ORDER

AND NOW, this **29th** day of **September 2025**, upon consideration of the Defendant's Motion to Dismiss (ECF No. 7) and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Court **GRANTS** Defendant's Motion to Dismiss with respect to Count I ("Negligence") of Plaintiff's Complaint (ECF No. 1). Count I is **DISMISSED WITH PREJUDICE.**

2. The Court **GRANTS** Defendant's Motion to Dismiss with respect to Count II ("Breach of Contract") and Count III ("Breach of Express Warranty") of Plaintiff's Complaint. Counts II and III are **DISMISSED WITHOUT PREJUDICE.**

3. The Court **DENIES** Defendant's Motion to Dismiss with respect to Count IV ("Breach of Implied Warranty") of Plaintiff's Complaint.

4. Plaintiff may file an amended complaint no later than **thirty (30) days** after entry of this order.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**